July 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

WILMA REYNOLDS, Appellant

NO. 14-14-00080-CV                                V.

DAVID  REYNOLDS, Appellee

_____

This cause, an appeal from the order denying appellant Wilma Reynolds's bill of review, signed January 22, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the trial court's order. We order the trial court's order denying appellant Wilma Reynolds's bill of review **AFFIRMED**.

We order appellant, Wilma Reynolds, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.